# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| United States of America,                )<br>                                          )<br>           Plaintiff(s),                 )<br>                                          )<br> v.                                       )<br>                                          )<br> Funds and Financial Instruments          )<br> Deposited or Credited to Bank of China   )<br> Limited, New York Branch Account         )<br> Number 7001-1000012-000-001 or any       )<br> other Correspondent Account              )<br> Maintained by the Bank of China L,       )<br> et al.,                                  )<br>           Defendant(s).                 )<br>                                          ) | CIVIL ACTION NO.1:09cv11190-RGS |

## ORDER OF DISMISSAL

STEARNS, District Judge

In accordance with this Court's Memorandum and Order dated August 16, 2010, it is hereby

ORDERED that the above-entitled action be, and it hereby is, DISMISSED in its entirety.

            SO ORDERED.

            RICHARD G. STEARNS
            UNITED STATES DISTRICT JUDGE

    BY:

            */s/ Terri Seelye*
DATED: August 17, 2010            Deputy Clerk